UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eric L. Renninger,

       Plaintiff,

V.                                      Case No. 14-11261
                                          Honorable Sean F. Cox

Lakeshore Toltest Corporation,

       Defendant.

_____/

## ORDER OF REMOVAL OF ACTION
## AS A PENDING MATTER

The Court having been informed that the Defendant has instituted bankruptcy proceedings, thereby commencing a stay of proceedings in this civil action pursuant to 11 U.S.C. § 362(a)(1); and it further appearing to the Court that such stay will remain in effect for a substantial period of time; and there existing a possibility that at the close of such stay this matter will either voluntarily dismissed by the parties or abandoned by the parties without notice to the Court; and there appearing to be no further reason at this time to maintain the file as open for statistical purposes;

**IT IS ORDERED** that the Clerk close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this order had not been entered, and

the Court will order that the matter be reopened for statistical purposes.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  May 19, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 19, 2014, by electronic and/or ordinary mail.

S/Jennifer Hernandez McCoy
Case Manager